IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALLIA MAJID WATTS, aka ALEX,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL LYNCH; LORRAINE LYNCH,<br><br>    Defendants. | CV 15-00048 LEK-KSC |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 23, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss the Complaint and Deny as Moot the Application to Proceed in Forma Pauperis" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, April 7, 2015.



 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**ALLIA MAJID WATTS, aka ALEX VS. PAUL LYNCH, ET AL; CIVIL 15-00048 LEK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**