IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALLIA MAJID WATTS, | CIV NO. 15-00048 LEK-KSC |
| Plaintiff, | |
| vs. | |
| PAUL ANTHONY PETER LYNCH; LORRAINE LYNCH, | |
| Defendants. | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 18, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Dismiss Action" (ECF NO. [17]) filed on June 18, 2015 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, July 8, 2015.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge